UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

June 29, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Toby P. Couchman, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-20-1240 |
| | § | |
| Pingora Loan Servicing, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Voluntary Dismissal

On the joint motion of the parties, this case is dismissed with prejudice.

(26)

Signed on June **29**, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge